UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM ESCALERA JR.,

    Plaintiff,

-against-

SAMARITAN VILLAGE MEN'S SHELTER;
DEPT OF HOMELESS SERVICES;
COUNSELOR NELSON BROWN; P.O.
CLIFF MUELLER; P.O. BRIAN DEVITA;
P.O. YONG LI,

    Defendants.

17-CV-4691 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 6, 2020
      New York, New York

    COLLEEN McMAHON
    Chief United States District Judge